

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00599-CV

Paul H. **MARTINEZ**, Mary Ann Martinez,
Ernest A. Martinez Jr., and Stephanie E. Martinez,
Appellants

v.

**UHL, FITZSIMONS, JEWETT, BURTON,
WOLFE & RANGEL, PLLC** and Ezra A. Johnson,
Appellees

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 20-11-00181-CVL
Honorable Russell Wilson, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE SPEARS

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED. Costs of appeal are assessed against appellants Paul H. Martinez, Mary Ann Martinez, Ernest A. Martinez Jr., and Stephanie E. Martinez.

SIGNED December 31, 2025.

_____
Irene Rios, Justice